◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE MORRIS, Appellant. [867 NYS2d 698]

The defendant contends that certain comments made by the prosecutor constituted reversible error. To the extent that the prosecutor made improper remarks during summation, the error was harmless (*see People v Crimmins,* 36 NY2d 230 [1975]).

The sentence imposed was not excessive (*see People v Suitte,*

90 AD2d 80, 86 [1982]). Skelos, J.P., Lifson, Santucci and Carni, JJ., concur.